

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2022

No. 04-21-00487-CV

**BOZ INVESTMENT I, LLC,**
Appellant

v.

**CAVENDER & HILL PROPERTIES, INC.,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI02935
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Appellant's attorney has filed an unopposed motion seeking access to a portion of the record that is sealed. The motion is **GRANTED**. The clerk of the court is instructed to provide a copy of the sealed record to appellant's attorney and appellee's attorney on CD-ROM. All parties and their attorneys are **ORDERED** not to share the contents of the sealed record with any person except to the extent necessary to prepare their respective briefs.

In the event appellant or appellee reference the sealed record in their respective briefs, they are **ORDERED** to (1) file their respective briefs in paper form only, (2) with a cover letter informing the Clerk of this court that the brief references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court